JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LAMARR MARVIN BROWN,    ) Case No. CV 09-6000-DOC (SP)

           Petitioner,    )

         v.    )    **JUDGMENT**

GARY SANDOR, Warden,    )

           Respondent.    )

_____ )

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: September 7, 2012

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE